IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:25CR3029** |
| vs. | |
| DEAVIEA BROWN, | **ORDER** |
| Defendant. | |

On February 9, 2026, the Court entered a Memorandum and Order (Filing No. 54) adopting the Magistrate Judge's Findings and Recommendation (Filing No. 53), which recommended that Defendant's Motion to Suppress (Filing No. 31) be denied.  Defendant had not filed a timely objection to the Magistrate Judge's Findings and Recommendation, so the Court determined that any objection would be deemed waived.  (Filing No. 54.) The Court thereafter entered an order setting this matter for trial (Filing No. 58) and issued a Final Trial Order. (Filing No. 59.)

Defendant has now filed a motion seeking to object to the Magistrate Judge's Findings and Recommendation out of time.  (Filing No. 60.)  The motion is unopposed. Defense counsel contends that he mistakenly believed that he had requested an extension of his objection deadline. Defendant asks that he be given until February 27, 2026 to file his objections to the Findings and Recommendation and that this case be taken off the trial calendar.

In the interest of justice, Defendant's motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Defendant's Unopposed Motion to Extend Deadline to File Objections Out of Time (Filing No. 60) is granted.

2. Defendant has until February 27, 2026 to file his objections to the Findings and Recommendation.

3. The Court's Memorandum and Order (Filing No. 54) dated February 9, 2026, Order (Filing No. 58), and Final Trial Order (Filing No. 59) are vacated.

4. The Clerk of Court is directed to modify the docket sheet to reflect that the Findings and Recommendation (Filing No. 53) and Defendant's Motion to Suppress (Filing No. 31) remain pending motions.

5. Speedy trial is tolled until the Court issues a ruling on Defendant's anticipated objections to the Findings and Recommendation.

Dated this 10th day of February, 2026.

BY THE COURT:

_Susan M Bazis_

Susan M. Bazis
United States District Judge