IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DEAVIEA BROWN,

Defendant.

4:25CR3029

ORDER

A telephone status conference was held today. During the telephone conference, Defendant orally moved to supplement briefing with regard to the objection to Magistrate Judge's Findings and Recommendation (Filing No. 62). The government did not object. The government orally moved to respond to such supplemental briefing. The Defendant did not object. Based on the comments of counsel, the court finds good cause has been shown and the oral motions should be granted.  Accordingly,

IT IS ORDERED:

1)     Any supplemental briefing to the objection at Filing No. 62 by Defendant shall be filed on or before May 6, 2026.

2)     Any response brief to Defendant's supplemental brief shall be filed on or before May 27, 2026.

3)     The Court finds that that the ends of justice served by granting the motions outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and May 27, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice and would unreasonably deny defendant continuity of counsel. 18 U.S.C. § 3161(h)(1) & (h)(7). Further, Defendant's objection is pending and he has requested supplemental briefing on such objection. 18 U.S.C. § 3161(h)(1) Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge